| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal Docket: H-96-116-8 |
| | § | USM Number: 72775-079 |
| MYREON PEARSON, | § | |
| | § | |
| Defendant. | § | |

# Notice of Eligibility for Sentence Reduction

The United States Sentencing Commission issued amendments that allow judges to reduce sentences previously imposed for crack cocaine convictions. The amount of any reduction is limited to the number of months resulting from a two-level decrease in the Guideline Offense Level. U.S.S.G. § 2D1.1, U.S.S.G. § 1B1.10. In deciding whether to reduce a particular sentence, the court must be sure that public safety is not endangered and that the reimposed sentence is consistent with the law. The court is not reconsidering all aspects of the original sentence.

Myreon Pearson is eligible, as of March 3, 2008, for consideration for a sentence reduction under this retroactive amendment to the Sentencing Guidelines. If any reduction is granted, the sentence would be reduced by no more than two levels.

The defendant, the Federal Public Defender, counsel for the United States, and the Bureau of Prisons, are notified that Myreon Pearson's sentence is being considered under the amendments. The court is reviewing information about the defendant, including his conduct in custody. Any information you want the court to consider must be submitted in writing, no later than February 29, 2008.

SIGNED on February 13, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge